# UNITED STATES COURT OF APPEALS

## FOR THE FIFTH CIRCUIT

No. 97-60397

VLADIMIR KRAVCHUK,

Petitioner,

versus

IMMIGRATION AND NATURALIZATION
SERVICE,

Respondent.

Petition for Review; Board of Immigration Appeals
(A16-080-998)

July 14, 1998

Before POLITZ, Chief Judge, WISDOM and WIENER, Circuit Judges.

PER CURIAM:[*]

Vladimir Kravchuk petitions for review of the ruling by the Board of

Immigration Appeals affirming the deportation order of the Immigration Judge. Having

considered the briefs and oral arguments of counsel, and pertinent parts of the record,

and finding that there should be no application of the Lautenberg Amendment to the

facts as presented herein and finding no other basis for granting the relief sought, the

petition for review is DENIED.

---

[*]Pursuant to 5TH CIR. R. 47.5, the Court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.